

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-14-00671-CR

The **STATE** of Texas,
Appellant

v.

Raul Becerra **CASTORENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11297CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file his brief is **granted**. We order appellant's brief due **October 7, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court